18

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | Civil No. B-96-115 |
| JOHN WILLIAM RAY, SR. | § § | |

ORDER

In compliance with the judgment issued by the United States Court of Appeals for the Fifth Circuit on the 10th day of August, 1999 in the above styled case, this Court hereby **DISMISSES** this case for lack of jurisdiction.

DONE this 20th day of August, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge